**No. 09-10701 (09A1087). In re Michael Francis Beuke, Petitioner.**

559 U.S. 1118, 130 S. Ct. 3272, 176 L. Ed. 2d 946, 2010 U.S. LEXIS 3877.

May 12, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

Justice Stevens and Justice Breyer would grant the application for stay of execution.